# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LOWELL STEPHENS**                                                                 **PLAINTIFF**

**v.**                          **CASE NO. 3:25-CV-00003-BSM**

**GREYSON STEPHENS and**
**WIS IVS, LLC**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE